IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF NEW YORK

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

PEARL LEONARD,

        Plaintiff,

    vs.

COMMISSIONER OF SOCIAL SECURITY,

        Defendant

Civil Action No. 05-CV-1084

STIPULATION and ORDER REGARDING ATTORNEY'S FEES

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned attorneys for the parties in the above-entitled action that no party to this action is an infant or incompetent person and that an attorney fee under the Equal Access to Justice Act (EAJA), 28 U.S.C. 2412, in the amount of $7,500.00 be and hereby is payable to Jaya Shurtliff, Esq., Olinsky & Shurtliff, 300 South State Street, Ste. 520, Syracuse, New York 13202.

Dated: November 7, 2008

By: /s/ Jaya Shurtliff
_____
Jaya Shurtliff
Attorney for Plaintiff

Dated: November 7, 2008

GLENN T. SUDDABY
United States Attorney
P.O. Box 7198
100 S. Clinton Street
Syracuse, New York 13261-7198

By: /s/ William H. Pease
William H. Pease - 102338
Assistant U.S. Attorney

SO ORDERED:
Dated: 11/10/08
Syracuse, NY

_____
HON. FREDERICK J. SCULLIN
U.S. DISTRICT JUDGE